

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00654-CV

**IN THE INTEREST OF L.A.A.**, L.B.A., and K.S., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02644
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 11, 2015.

_____
Rebeca C. Martinez, Justice